WILLIAM R. TAMAYO – #084965 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA P. HILL MAXION - #18739 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 945105-1687
Telephone: (415) 625-5650
Facsimile: (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>Defendant. | CIVIL ACTION NO.<br><br>**C 04 1954**<br><br>COMPLAINT<br><br>Civil Rights Employment Discrimination - Age Discrimination in Employment Act<br><br>**JURY TRIAL DEMAND** |

### NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act ("ADEA") to correct unlawful employment practices on the basis of age and to provide appropriate relief to Mr. James Yu. The Commission alleges that Mr. Yu, then age 73, was denied promotion to the position of Heavy Diesel Engine Mechanic Operator because of his age.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b), which incorporates

COMPLAINT      1

by reference Section 16(c) and 17 of the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the Northern District of California.

## INTRA-DISTRICT ASSIGNMENT

3. This action is appropriate for assignment to the San Jose Division because the unlawful employment practices alleged were committed within the County of Santa Clara, California.

## PARTIES

4. Plaintiff, the Equal Employment Opportunity Commission ("Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

5. At all relevant times, Defendant, City of San Jose ("Employer" or "Defendant"), has continuously been, and is now, a municipality, qualified and doing business in the state of California and the city of San Jose, and has continuously had and does now have at least 20 employees.

6. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g), and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g), and (h).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Mr. James Yu filed a charge with the Commission alleging a violation of the ADEA by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Prior to the institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the

COMPLAINT                                                2

meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

9. Since at least January 2002, the Defendant has engaged in and is continuing to in engaged in unlawful employment practices, in violation of Section 4(a), of the ADEA, 29 U.S.C. § 623(a), by denying and refusing to promote James Yu to the position of Heavy Diesel Engine Mechanic Operator because of his age then age 73.

10. The effect of the practices complained of in Paragraph 9, above, has been to deprive Mr. Yu of equal employment opportunities and to otherwise adversely affect his status as an employee, because of his age.

11. The unlawful employment practices complained of in Paragraph 9, above, were and are willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in policies, practices and programs which discriminate against individuals 40 years of age and older.

B. Order Defendant to institute and carry out policies, practices and programs that provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Defendant to pay appropriate benefits and back wages with prejudgment interest in an amount to be determined at trial, and an equal amount of liquidated damages to Mr. Yu, as a result of the acts complained of above.

D. Order Defendant to make whole Mr. Yu, who was adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful place promotion and/or front pay.

E. Grant such relief as the Court deems necessary and proper and proper in the public interest.

F. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

ERIC DREIBAND
General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington, D.C.  20507

DATE: May 18, 2004

*William R. Tamayo*
WILLIAM R. TAMAYO
Regional Attorney

DATE: May 18, 2004

*Jonathan T. Peck*
JONATHAN T. PECK
Supervisory Trial Attorney

DATE: May 18, 2004

*Sanya Hill Maxion*
SANYA HILL MAXION
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1687
Telephone: (415) 625-5650