RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT FABELA, Sr. Deputy City Attorney (#148098)
DAVID ROLLO, Sr. Deputy City Attorney (#111998)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131

*E-FILED ON 8/15/05*

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF SAN JOSE,<br><br>                    Defendant. | Case Number:  C 04-01954 JW<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>**(AND ORDER)** |

The parties to the above-entitled action hereby stipulate as follows;

(1)   The hearing on Plaintiff's Motion to Compel Discovery Responses currently scheduled for hearing on September 6, 2005, shall be continued to September 13, 2005, at 10:00 a.m. in Courtroom 2 of this Court;

(2)   Pursuant to Local Rule 7-3(a), the City's opposition papers must be filed and served no later than August 23, 2005;

(3)   Pursuant to Local Rule 7-3(c), Plaintiff's reply brief must be filed and served no later than August 29, 2005;

///

///

///

(4) The City will not object to a continuance of the discovery cut-off (currently set for September 30, 2005) should the continuance in the motion to compel hearing require discovery to be conducted beyond the discovery cut-off.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: August ___, 2005

By:_____
MARCIA MITCHELL

Attorney for Plaintiff
Equal Employment Opportunity Commission

OFFICE OF THE CITY ATTORNEY

Dated: August 12, 2005

By:_____/s/ Robert Fabela_____
ROBERT FABELA
Sr. Deputy City Attorney

Attorney for Defendant
City of San Jose

I attest that Plaintiff's counsel has approved this document telephonically and given consent to the filing of the same with the court.

OFFICE OF THE CITY ATTORNEY

Dated: August 12, 2005

By:_____/s/ Robert Fabela_____
ROBERT FABELA
Sr. Deputy City Attorney

Attorney for Defendant
City of San Jose

**ORDER**

The Court, having considered the stipulation of the parties now orders as follows:

(1)   The hearing on Plaintiff's Motion to Compel Discovery Responses currently scheduled for hearing on September 6, 2005, shall be continued to September 13, 2005, at 10:00 a.m. in Courtroom 2 of this Court;

(2)   Pursuant to Local Rule 7-3(a), the City's opposition papers must be filed and served no later than August 23, 2005;

(3)   Pursuant to Local Rule 7-3(c), Plaintiff's reply brief must be filed and served no later than August ~~29~~ 30, 2005.

Dated: August 15, 2005

/s/ Howard R. Lloyd
HONORABLE HOWARD R. LLOYD
United State District Court Magistrate Judge