WILLIAM R. TAMAYO (CA Bar No. 084965)
JONATHAN T. PECK (VA Bar No. 12303)
MARCIA L. MITCHELL (WA Bar No. 18122)
SANYA P. HILL (WA Bar No. 18739)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Tel. No. (415) 625-5651
Fax No. (415) 625-5657

Attorneys for Plaintiff EEOC


RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT FABELA, Sr. Deputy City Attorney (#148098)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131

Attorneys for CITY OF SAN JOSE

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE,<br><br>　　　　　Defendant. | Case Number:  C 04-01954 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: JOINT PRE-TRIAL STATEMENT AND MOTIONS IN LIMINE** |

　　　　WHEREAS, on January 30, 2006 this Court issued an order which included a deadline of April 21, 2006 for (1) the submission of a Joint Pre-Trial Statement; (2) objections to receipt into evidence of a witness, exhibits or discovery response (collectively "objections");  and (3) motions in limine;

– 1 –

– 2 –

WHEREAS, the parties have begun discussing the contents of the Joint Pre-Trial Statement, but require more time to finalize the Joint Pre-Trial statement and objections and complete their motions in limine;

WHEREAS, the parties in good faith believe that additional time to submit the Joint Pre-Trial Statement, objections and motions in limine will result in more concise submissions and the possible narrowing of issues in this case;

THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. The date by which the parties must submit their Joint Pre-Trial Statement, objections and motions in limine shall be continued to April 28, 2006;

2. All other dates contained in the January 30, 2006 Order shall remain unchanged.

                                                EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: April 17, 2006                      By: */s/ Marcia Mitchell*
                                                     MARCIA MITCHELL

                                                     Attorney for Plaintiff
                                                     Equal Employment Opportunity Commission

                                              OFFICE OF THE CITY ATTORNEY

Dated: April 17, 2006

                                              By: */s/ Nkia D. Richardson*
                                                      NKIA D. RICHARDSON
                                                     Deputy City Attorney

                                                     Attorney for Defendant
                                                     City of San Jose

– 3 –

I attest that Plaintiff's counsel has approved this document telephonically and given consent to the filing of the same with the court.

                           OFFICE OF THE CITY ATTORNEY

Dated:  April 17, 2006

                        By: /s/ *Nkia D. Richardson*
                           NKIA D. RICHARDSON
                           Deputy City Attorney

                           Attorney for Defendant
                           City of San Jose

– 3 –

STIPULATION TO EXTEND THE DEADLINE FOR FILING OF        C 04-01954JW
JOINT PRE-TRIAL CONFERENCE STATEMENT AND MOTIONS IN LIMINE     L-3970-04 \ 351655

## **ORDER**

The Court, having considered the stipulation of the parties now orders as follows:

1.  The date by which the parties must submit their (1) Joint Pre-Trial Statement; (2) objections to receipt into evidence of a witness, exhibits or discovery response; and (3) motions in limine shall be continued to April 28, 2006;

2.  All other dates contained in the January 30, 2006 Order shall remain unchanged.

Dated: April 25, 2006

_____
H̶O̶NORABLE ~~HOWARD R. LLOYD~~
United State District Court ~~Magistrate~~ Judge
JAMES WARE