IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Equal Employment Opportunity Commission | NO. C 04-01954 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| City of San Jose, | |
| Defendant. | |

On May 1, 2006, the parties in this action appeared before Magistrate Judge Howard Lloyd for a settlement conference. Judge Lloyd then informed the Court that the matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **July 3, 2006**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **July 10, 2006** at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **July 5, 2006**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for

finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  May 10, 2006

JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Marcia L. Mitchell marcia.mitchell@eeoc.gov
Nkia Desiree Richardson cao.main@ci.sj.ca.us
3  Robert R. Fabela CAO.Main@sanjoseca.gov
William Robert Tamayo william.tamayo@eeoc.gov
4

5
    **Dated:  May 10, 2006**                          **Richard W. Wieking, Clerk**
6

7                                                      **By:   /s/ JW Chambers                    **
                                                              **Melissa Peralta**
8                                                              **Courtroom Deputy**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28